*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO.  4:03CR00229-002 SWW

DARRON ANDRE JOHNSON


## ORDER

The above entitled cause came on for hearing on the government's petition to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the preponderance of the evidence, the Court found that defendant has violated the conditions of his probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion is granted, and the probation previously granted this defendant shall be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is committed to the custody of the Bureau of Prisons for a term of imprisonment of EIGHTEEN (18) MONTHS. The Court recommends that defendant be incarcerated in the facility located in Forrest City, Arkansas, and that he participate in a substance abuse treatment program during incarceration.

IT IS FURTHER ORDERED that defendant shall serve a term of supervised release of ONE (1) YEAR following imprisonment to be on the same terms and conditions as previously imposed.  In addition, defendant shall participate, under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may

include testing, out-patient counseling and/or residential treatment, and defendant shall abstain from the use of alcohol throughout the course of any treatment.

The defendant previously has been detained in this matter and is remanded to the custody of the United States Marshal.

IT IS SO ORDERED, this 25th day of September, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE